Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

Sergey Shilov
(Agency # A47-196415),

    Petitioner,

v.

Michael Mukasey, Attorney General;[1] et al.,

    Respondents.

No. C07-1606-RSL

JOINT STIPULATION FOR REMAND TO USCIS AND DISMISSAL AND PROPOSED ORDER

## JOINT STIPULATION

The Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly move the Court for an order remanding this matter to U.S. Citizenship and Immigration Services ("CIS") and dismissing, without prejudice, the Petition for Naturalization Hearing.

This is an action for a judicial hearing on Plaintiff's application for naturalization (Form N-400). Plaintiff alleges a delay by CIS and the FBI in adjudicating the matter. The parties have been advised that, subsequent to the filing of suit, all necessary background checks and investigations have been completed and CIS is now ready to

---

[1] Mr. Mukasey is substituted as Attorney General for his predecessor, Acting Attorney General Peter D. Keisler, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

JOINT STIPULATION FOR
REMAND TO USCIS AND
DISMISSAL– 1
(C07-1606-RSL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  adjudicate the matter and issue a decision on Plaintiff's application for naturalization.

2  The Court, having reviewed the pleadings and materials in this case, it is hereby

3  **ORDERED** that:

4      1. The Plaintiff's naturalization application is REMANDED to CIS for

5  adjudication of, and issuance of a decision on, said application within 30 days after entry

6  of this Order.

7      2. This action is DISMISSED without prejudice and without costs or attorney

8  fees.

9      3. The Court shall retain jurisdiction to enforce the terms of this stipulation.

Respectfully submitted,

Dated this 7th day of January, 2008.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

Dated this 4th day of January, 2008.    Dated this 4th day of January, 2008.

JEFFREY C. SULLIVAN
United States Attorney

/s/Kayla Stahman                                    /s/Sergy Shilov
Kayla Stahman, CABA 228931          Sergy Shilov
Assistant United States Attorney         1776 W. Beaver Lake Dr. SE
United States Attorney's Office            Sammamish, WA   98075
700 Stewart Street, Suite 5220            Phone (425) 681-7335
Seattle, Washington 98101-1271         E-mail: sshilov@msn.com
Phone: 206-553-4088                         Pro Se
Fax:    206-553-4073
E-mail:kayla.stahman@usdoj.gov
Attorneys for Respondents

JOINT STIPULATION FOR
REMAND TO USCIS AND
DISMISSAL– 2
(C07-1606-RSL)